**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

September 10, 2008

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable William H. Walls
Martin Luther King Jr., Federal Courthouse
P.O. Box 099
Newark, NJ 07102-0999

RE:   **Escobar-Velez, Fulton Raul**
      **Dkt. 07-00895-001**
      **Request for Warrant for Violation of Supervised Release**

Dear Judge Walls:

On March 13, 2008, Your Honor sentenced the above-named individual on his second federal offense for providing false statements in a passport application. He received a time-served sentence (246 days), followed by a three-year-term of supervised release. The following special conditions were imposed: cooperation with Immigration and Customs Enforcement and adherence to DNA Collection. A special assessment of $100.00 was ordered. On March 14, 2008, the offender was deported and his supervised release became inactive.

On July 16, 2008, the offender was sentenced in the District of Arizona after he pled guilty to reentering the United States illegally five days prior. He received a 120-day-sentence with credit for time served, and is expected to be released from custody on November 11, 2008.

Based upon his non-compliance with the terms of supervised release, we respectfully request that Your Honor issue a warrant to be lodged as a detainer. Enclosed for your review and signature is the petition and violation report.

Should Your Honor wish to discuss this case, we remain available at (973) 645-2033.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Kellyanne Kelly
Senior U.S. Probation Officer

KAK/kak
Enclosures

PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Fulton Raul Escobar-Velez    **Docket Number:** 07-00895-001
  **PACTS Number:** 24823

**Name of Sentencing Judicial Officer:** Honorable William H. Walls

**Date of Original Sentence:** 03/13/2008

**Original Offense:** FALSE STATEMENTS IN PASSPORT APPLICATION

**Original Sentence:** Time served (246 days), 3 years supervised release, and special conditions of DNA and ICE

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 3/13/08

**Assistant U.S. Attorney:** Phil Degnan, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lorraine Gauli-Rufo, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**
  On July 11, 2008, near Sasave, Arizona, Escobar-Velez illegally reentered the United States from Mexico. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 9/10/08

PROB 12C - Page 2
Fulton Escobar-Velez

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date